KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 920
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728
e-mail: kev@iiylaw.com

JS-6

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BARBARA E. LA PORTE,<br><br>Defendant. | Case No. CV14-06877<br><br>[~~PROPOSED~~] ORDER TO DISMISS THIS ACTION WITHOUT PREJUDICE<br><br>~~Date:~~<br>~~Time:~~<br>~~Ctxxxxxxxxx~~ |

The court having reviewed the motion to dismiss this matter without prejudice grants the motion as follows:

This matter is dismissed without prejudice.

Dated: April 14, 2015

*/s/ Christina A. Snyder*

Honorable ~~George H. King~~
Christina A. Snyder

1